PMC/cm USAO#2016R00483

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID J. NAUMANN, SR.,<br><br>Defendant. | CRIMINAL NO. SAG-22-334<br><br>(Resource Conservation and Recovery Act, 42 U.S.C. § 6928(d)(2)(A)) |

\*\*\*\*\*\*\*

## INFORMATION

The United States Attorney for the District of Maryland charges that:

### COUNT ONE

Beginning at a date unknown to the Grand Jury but from, at least, on or about February 27, 2015, and continuing until on or about May 18, 2016, within the District of Maryland, the defendant,

**DAVID J. NAUMANN, SR.**

knowingly stored hazardous waste, as defined under 42 U.S.C. § 6903(5) and 40 C.F.R. Part 261, at the former American Plating Service, Inc. facility located at 4000-4008 Monument Street, in Baltimore, Maryland, without a permit to store the regulated hazardous waste, as required under the Resource Recovery and Conservation Act, 42 U.S.C. § 6925, in lieu of properly disposing the hazardous waste.

42 U.S.C. § 6928(d)(2)(A)
18 U.S.C. § 2

Septermber 22, 2022
Date

Erek L. Barron /pmc/
Erek L. Barron
United States Attorney